UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

KALEEM SARWAR #A221-148-971          CASE NO.  6:26-CV-01183 SEC P

VERSUS                               JUDGE JAMES D. CAIN, JR.

IMMIGRATION & CUSTOMS                MAGISTRATE JUDGE PEREZ-
ENFORCEMENT ET AL                    MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 3), noting the objections thereto, and concurring with the Magistrate Judge's findings under the applicable law after a de novo review;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in Chambers on the 18th day of June, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE